Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Carr, Stapleton, Mills and Putnam, JJ., concurred.

Charles T. Cooper, by His Guardian ad Litem, Thomas T. Cooper, Appellant, v. Matthew Vierengle, Respondent.— Judgment and order reversed and new trial granted, costs to abide the event, on the ground that the verdict is inadequate. Jenks, P. J., Carr, Stapleton, Mills and Rich, JJ., concurred.

Jacob Dickerson, Respondent, v. The Town of Oyster Bay, Respondent. Wilbur Schenck and Others, Appellants.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Thomas, Mills, Rich and Putnam, JJ., concurred.

*Decision by the presiding justice on application to appeal from the Appellate Term.*

John Profitos and Another, Appellants, v. John Comerma, Respondent. — Application denied, without costs.

---

## FIRST DEPARTMENT, OCTOBER, 1915.

ABRAHAM H. ALTSCHUL, Appellant, *v.* ALFRED LUDWIG, as Superintendent of Buildings of the Borough of Manhattan, the City of New York, and Others, Respondents.

Appeal from an order of the Supreme Court, entered in the New York county clerk's office on the 23d day of August, 1915, denying a motion to continue *pendente lite* a preliminary injunction restraining the superintendent of buildings from approving plans for the alteration of a building used as a theatre.

PER CURIAM: The order appealed from is reversed, with ten dollars costs and disbursements, and the motion to continue the injunction granted, with ten dollars costs, on the authority of *Brill* v. *Miller* (140 App. Div. 603). Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ. Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs.

---

LEOPOLD LEVY, Respondent, *v.* HENRY B. KELLNER, Appellant, Impleaded with Others.

Appeal from an order of the Supreme Court, entered in the New York county clerk's office on the 14th day of May, 1915, denying a motion to direct the chamberlain of the city of New York to pay to the defendant Kellner a balance of money deposited with him pursuant to a judgment.

PER CURIAM: The order appealed from is reversed, with ten dollars costs and disbursements, and the motion granted requiring the chamberlain to pay to the defendant Kellner the amount on deposit with the chamberlain in excess of $4,500; said $4,500 to be retained by the chamber-